LOUISIANA EDUCATION COMMISSION FOR
NEEDY CHILDREN ET AL. *v.* POIN-
DEXTER ET AL.

No. 284.   Decided October 14, 1968.

*Leander H. Perez* and *Luke A. Petrovich* for appellants.

*Solicitor General Griswold* and *Assistant Attorney General Pollak* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

WESTSIDE LIQUOR CO. *v.* KIRBY, DIRECTOR,
DEPARTMENT OF ALCOHOLIC BEVERAGE
CONTROL OF CALIFORNIA.

No. 324.   Decided October 14, 1968.

*Harold Easton* for appellant.

*Thomas C. Lynch,* Attorney General of California, and *Lynn Henry Johnson,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.